I concur that this case must be reversed and remanded; however, I have some concerns regarding the possibility that the amount for books and tuition stated by the majority's opinion may appear to "suggest" an amount appropriate for the trial court to order. After holding that the child support guidelines are inappropriate in post-minority support cases, this court, in Thrasher v. Wilburn, 574 So.2d 839
(Ala.Civ.App. 1990), instructed the trial court to consider evidence regarding the educational expenses and to determine whether the parent can provide that amount without incurring undue hardship. Educational expenses involve more than tuition and books; therefore, the trial court should also consider "evidence on the reasonable necessaries . . . for the child to attend college." Thrasher at 841.
On remand, it may be necessary for the trial court to conduct further proceedings for the purpose of taking additional evidence for a proper post-minority support determination in accordance with the instructions given in Thrasher, supra.